1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

10     BILLIE JO COLE,

11                  Plaintiff,

12        v.

13     NANCY A. BERRYHILL, Deputy
       Commissioner of Social Security for

14     Operations,

15                  Defendant.

CASE NO. 3:17-CV-05850-MJP-JRC

ORDER ADOPTING REPORT AND
RECOMMENDATION ███████████

16

17      The Court, having reviewed the Report and Recommendation of Judge J. Richard

18 Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (Dkt.

19 16), and the relevant record, does hereby find and ORDER:

20      (1)      The Court adopts the Report and Recommendation.

21      (2)      The matter is REVERSED and REMANDED pursuant to sentence four of 42

22             U.S.C. § 405(g) to the Administration for further consideration consistent with the

23             Report and Recommendation; and

24

1    (3)    The Clerk is directed to enter Judgment and close this case.

2    Dated this ⟨17⟩ day of ~~April 2018~~ .

3

4                                          MARSHA J. PECHMAN
                                           United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION (████████) - 2